**E-FILED on 9/23/11**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY LYNN COLBERT, | ) | No. C 11-4063 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| SUZAN L. HUBBARD, | ) | |
| | ) | |
| Respondent. | ) | |

The court has dismissed the instant habeas action without prejudice as a second or successive petition. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 9/23/11

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.11\Colbert063jud.wpd          1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LYNN COLBERT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SUZAN L HUBBARD et al,<br><br>　　　　　Defendant._____/ | Case Number: CV11-04063 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 23, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Gregory Lynn Colbert
Mule Creek State Prison
Prisoner # P-29153
P.O. Box 3471
Crocoran, CA 93212-3471

Dated: September 23, 2011

　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　By: Jackie Lynn Garcia, Deputy Clerk